# Third District Court of Appeal
## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-480
Lower Tribunal Nos. 14-21803, F89-43031,
F89-43757, & F89-49366

_____

**Gregory O'Neil Henderson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Gregory O'Neil Henderson, in proper person.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.